| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Rose, Thomas M | 2. Court or Organization U.S. District Ct., S.D. Ohio | 3. Date of Report 05/09/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 200 West Second Street 9th Floor, Federal Building Dayton, OH 45402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Wiggins & Rose Stables L.L.P. |
| 2. Partner | Rose Stables |
| 3. Co-Trustee | Trust # 1 |
| 4. Co-Trustee | Trust #2 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1976 | Public Employees Retirement System, no control, retirement |
| 2. 1982 | Ohio Deferred Compensation Fund, self-directed retirement fund (rolled over into NW Ind Retirement Account) |
| 3. 2005 | Northwestern Mutual Individual retirement account - self directed (rolled from Ohio Deferred Comp Fund) |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M | 05/09/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Ohio Public Employee Retirement System (Retirement) | $ 67,182.48 |
| 2. 2005 | Principal Life Insurance Co. (Annuity Death Benefit) | $ 17,172.52 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M | 05/09/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sky Bank | Mortgage on rental property #1 - Xenia, Ohio | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Huntington Bankshares Common Stock | A | Dividend | J | T | | | | | |
| 2. Saltcreek Valley Bank Common Stock | A | Dividend | J | T | | | | | |
| 3. Putnam Investments IRA | | | | | | | | | |
| 4. --Putnam Global Growth Fund | A | Dividend | J | T | redemption | 7/7 | J | | |
| 5. --Putnam Health Science Test | A | Dividend | J | T | redemption | 7/7 | J | | |
| 6. --Putnam Vista Fund CLA | A | Dividend | J | T | redemption | 7/7 | J | | |
| 7. Self-Directed Ohio Public Employees Deferred Comp. Plan | | | | | | | | | |
| 8. -- OPDEC Guarantee Return Option | A | Dividend | K | T | rollover | 6/16 | K | | |
| 9. -- Fidelity Equity Income | B | Dividend | K | T | rollover | 6/16 | K | | |
| 10. -- Fidelity Magellan | B | Dividend | K | T | rollover | 6/16 | K | | |
| 11. -- Fidelity Growth | C | Dividend | K | T | rollover | 6/16 | K | | |
| 12. -- AIM Constellation | B | Dividend | K | T | rollover | 6/16 | J | | |
| 13. -- Vanguard International Growth | B | Dividend | K | T | rollover | 6/16 | K | | |
| 14. Wiggins & Rose Stables L.L.P. | | None | J | W | | | | | |
| 15. Rose Stables, Partnership | | None | J | W | | | | | |
| 16. Rental Property #1, Xenia, OH | | None | L | Q | | | | | |
| 17. | | | | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Thomas M. Rose Retirement Acct NW Mutual Self Directed | Transfers from Putnam Investment IRA and rollover from Self Directed Ohio Public Employees Deferred Comp Plan | | | | | | | | |
| 19. --Amcap Fund Inc Ckass A | A | Dividend | K | T | | | | | |
| 20. --Small Cap Word Fund Inc. Class A | A | Dividend | K | T | | | | | |
| 21. --Aim Mutual Fund Inc. Class A | B | Dividend | K | T | | | | | |
| 22. --Bond Fund of Am Inc. Class A | B | Dividend | L | T | | | | | |
| 23. --Euro Pacific Growth B Fd. Class A | B | Dividend | K | T | | | | | |
| 24. Trust #1 - Securities | | | | | | | | | |
| 25. --Am Electric Power | A | Dividend | J | T | | | | | |
| 26. --Bob Evans Farms | A | Dividend | J | T | | | | | |
| 27. --Duke Energy | A | Dividend | J | T | | | | | |
| 28. --Hartford Financial Ser | A | Dividend | J | T | | | | | |
| 29. --Host Marriott | A | Dividend | J | T | | | | | |
| 30. --Huntington Bancshares | C | Dividend | L | T | | | | | |
| 31. --ITT Inds Inc | A | Dividend | J | T | | | | | |
| 32. --National City Bank | C | Dividend | M | T | | | | | |
| 33. --Nuveen Ohio Income Fd | A | Dividend | K | T | | | | | |
| 34. --Rayonier Inc | A | Dividend | | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Starwood Hotels | A | Dividend | J | T | | | | | |
| 36. Trust #1 - Municipals | | | | | | | | | |
| 37. --Broadview Heights | A | Interest | K | T | | | | | |
| 38. --Butler County Ohio | A | Interest | J | T | | | | | |
| 39. --Scanton, Ohio | A | Interest | K | T | | | | | |
| 40. --Columbus (Franklin Co.) Ohio | B | Interest | K | T | | | | | |
| 41. --Columbus (Franklin Co.) Ohio | B | Interest | K | T | | | | | |
| 42. --Cuyahoga County, Ohio | A | Interest | J | T | | | | | |
| 43. --Franklin Cty Ohio Imps | A | Interest | J | T | | | | | |
| 44. --Franklin City (Warren Co.) | A | Interest | K | T | | | | | |
| 45. --Greene County, Ohio | A | Interest | K | T | | | | | |
| 46. --Greene County, Ohio | A | Interest | J | T | | | | | |
| 47. --Hamilton County Hosp | A | Interest | K | T | | | | | |
| 48. --Hamilton County Hosp | A | Interest | K | T | | | | | |
| 49. --Hamilton County Stad | A | Interest | J | T | | | | | |
| 50. --Highland Local | A | Interest | J | T | | | | | |
| 51. --Huber Heights | B | Interest | K | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Independence, Ohio | A | Interest | J | T | | | | | |
| 53. --Mansfield (Richland Co.) | B | Interest | K | T | | | | | |
| 54. --Medina Co. Hosp | A | Interest | K | T | | | | | |
| 55. --Montgomery Co. Spc 1 | A | Interest | K | T | | | | | |
| 56. --Montgomery Co. Ohio | A | Interest | K | T | | | | | |
| 57. --Ohio Cap Corp HSG | A | Interest | J | T | | | | | |
| 58. --Ohio State Pub. Facilities | B | Interest | K | T | | | | | |
| 59. --Olentangy Loc. Sch Dist | A | Interest | J | T | | | | | |
| 60. --Southern LSD (Meigs Co) | A | Interest | K | T | | | | | |
| 61. --Toledo, Ohio General | A | Interest | K | T | | | | | |
| 62. West Carrollton (Mont Co) | B | Interest | K | T | | | | | |
| 63. West Carrollton (Mont Co) | A | Interest | L | T | | | | | |
| 64. Trust #2 - Securities | | | | | | | | | |
| 65. --Archer-Daniels-Midland | B | Dividend | M | T | | | | | |
| 66. --Bob Evans | A | Dividend | L | T | | | | | |
| 67. --First Energy Corp | A | Dividend | L | T | | | | | |
| 68. --Huntington Bancshares | B | Dividend | K | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. --Marshall & Ilsley Corp | A | Dividend | L | T | | | | | |
| 70. --National City Corp | C | Dividend | M | T | | | | | |
| 71. --Newell Rubbermaid | B | Dividend | K | T | | | | | |
| 72. --Nuveen Ohio Qual Incom | A | Dividend | K | T | | | | | |
| 73. Trust #2 - Municipals | | | | | | | | | |
| 74. --Broadview Hts | A | Dividend | K | T | | | | | |
| 75. --Celina, Ohio CSD | A | Dividend | K | T | | | | | |
| 76. --Clermont County, Ohio | A | Interest | K | T | | | | | |
| 77. --Columbus (Franklin Co) Ohio | A | Interest | K | T | | | | | |
| 78. --Cuyahoga County Hosptial | A | Interest | L | T | | | | | |
| 79. --Franklin Ohio Pub Imp | A | Interest | K | T | | | | | |
| 80. --Greene County, Ohio | A | Interest | K | T | | | | | |
| 81. --Greene County, Ohio | A | Interest | L | T | | | | | |
| 82. --Hamilton County, Ohio | A | Interest | K | T | | | | | |
| 83. --Highland Local School | A | Interest | L | T | | | | | |
| 84. --Independence, Ohio LSD | A | Interest | K | T | | | | | |
| 85. --Jonathan Alter LSD | | | | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Kettering (Mont County) | B | Interest | K | T | | | | | |
| 87. --Montgomery County, Ohio | A | Interest | K | T | | | | | |
| 88. --Ohio Building Authority | A | Interest | K | T | | | | | |
| 89. --Ohio St. Bldg. Authority | A | Interest | K | T | | | | | |
| 90. --Ohio St. Pub. Facs | A | Interest | L | T | | | | | |
| 91. --Olentangy LSD | A | Interest | K | T | | | | | |
| 92. --Olentangy LSD | A | Interest | L | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M | 05/09/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date ___5 - 10 - 06___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544